UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN RIVERA,

    Plaintiff,

    v.

FEDEX CORPORATION, et al.,

    Defendants.
_____/

No. C 12-1098 PJH

**JUDGMENT**

This action came on for hearing before the court, and the issues having been duly heard and the court having granted defendant FedEx's motion for summary judgment, and plaintiff having voluntarily dismissed defendant Robin van Galder,

it is Ordered and Adjudged

that judgment is entered in favor of defendant FedEx Corporation, and against plaintiff Ryan Rivera, on the claims asserted against it.

**IT IS SO ORDERED.**

Dated: December 18, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge